UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   Cr. No. 21-cr-76-PB-01

RYAN CORTINA

INDICTMENT

The Grand Jury charges:

COUNT ONE
[26 U.S.C. §§ 5861(d) and 5871 – Possession of an Unregistered NFA Firearm]

On or about September 27, 2019, in the District of New Hampshire, defendant,

RYAN CORTINA,

knowingly possessed a destructive device, specifically, an improvised explosive bomb and similar device, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1)(A), and (f)(1)(F), that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

Dated: May 3, 2021

/s/ Foreperson
Foreperson of the Grand Jury

JOHN J. FARLEY
Acting United States Attorney

/s/ Debra M. Walsh
By:  Debra M. Walsh
     Assistant U.S. Attorney

-1-