# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Case No. 21-CR-76-PB

Ryan Cortina

## STIPULATION TO DETENTION AND
## WAIVER OF DETENTION HEARING

I hereby waive my right to a detention hearing as provided in:

- [x] 18 U.S.C. 3142(f), pending trial**
- [ ] 18 U.S.C. 3148(a), revocation of release/pending trial**
- [ ] Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- [ ] Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

without prejudice, and stipulate to detention.

Date: 7/15/21

x Ryan Cortina
*Defendant*

Date: 7/15/21

Counsel for Defendant

**STIPULATION APPROVED.**

Date:

United States Magistrate Judge
United States District Judge

cc: US Attorney
US Marshal
US Probation
Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31 (5-99)